# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 20, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155747-8

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                          SC: 155747-8
                                          COA: 332879; 333872
                                          Wayne CC: 16-001606-FC

LOVELL CHARLES SHARPE,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the March 16, 2017 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address: (1) whether evidence related to the complainant's pregnancy, abortion, and lack of other sexual partners was within the scope of the rape-shield statute, MCL 750.520j(1), i.e., whether this evidence constituted "[e]vidence of specific instances of the victim's sexual conduct, opinion evidence of the victim's sexual conduct, [or] reputation evidence of the victim's sexual conduct . . ."; (2) if the evidence was within the scope of the rape-shield statute, whether it was nonetheless admissible under one of the exceptions set forth at MCL 750.520j(1); and (3) if the evidence was not within the scope of the rape-shield statute, whether it was admissible under general rules governing the admissibility of evidence, see MRE 402 and MRE 403. The time allowed for oral argument shall be 20 minutes for each side. MCR 7.314(B)(1).

We further ORDER the Wayne Circuit Court to appoint attorney Syed Ahmadul Huda (P76498) to represent the defendant pro bono in this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 20, 2017



a1017

                                          Clerk